IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Kevin Hughley, | Case No. 1:09 CV 1828 |
| Petitioner, | AMENDMENT TO MEMORANDUM OPINION |
| -vs- | AND ORDER |
| Robert Reid, | JUDGE JACK ZOUHARY |
| Defendant. | |

This Court recently adopted Magistrate Greg White's recommendation (Doc. No. 73) to dismiss Petitioner Kevin Hughley's Petition for Writ of Habeas Corpus. In its Memorandum Opinion and Order, this Court addressed whether Petitioner had adequately waived counsel at his resentencing hearing (Doc. No. 75, pp. 6-8). In the event it is unclear, this Court agrees with the Magistrate's conclusion that any claim for inadequate waiver of *trial* counsel is procedurally defaulted (Doc. No. 73, p. 18). This Court affirms its dismissal of the Petition.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

August 4, 2010